PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
JOHN E. SCANLON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>EARL E. SCALES,<br><br>        Defendant. | 2:22-cr-00049-CKD<br><br>GOVERNMENT'S MOTION TO DISMISS AND VACATE JURY TRIAL AND ALL OTHER RELATED DATES<br><br>DATE:  October 17, 2022<br>TIME:  9:00 a.m.<br>JUDGE: Honorable Carolyn K. Delaney |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing without prejudice Case Number 2:22-cr-00049-CKD.

The United States further requests that the scheduled dates for the filing of all trial-related documents and the jury trial set for October 17, 2022 at 9:00 a.m. be vacated.

DATED: August 25, 2022          PHILLIP A. TALBERT
                                United States Attorney


                         By:    */s/ John E. Scanlon*
                                JOHN E. SCANLON
                                Special Assistant U.S. Attorney