UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>  v.<br><br>EARL E. SCALES,<br><br>         Defendant. | )  2:22-cr-00049-CKD<br>)<br>)  [Proposed]ORDER TO DISMISS AND<br>)  VACATE JURY TRIAL AND ALL OTHER<br>)  RELATED DATES<br>)<br>)  DATE:  October 17, 2022<br>)  TIME:  9:00 a.m.<br>)  JUDGE: Honorable Carolyn K. Delaney<br>)<br>)<br>) |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss without prejudice Case Number 2:22-cr-00049-CKD is GRANTED.

It is further ordered that all scheduled dates for the filing of trial-related documents and the jury trial scheduled on October 17, 2022, are vacated.

IT IS SO ORDERED.

Dated:  August 26, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS AND VACATE
JURY TRIAL & RELATED DATES                    1                    U.S. v. EARL E. SCALES